THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU AT DAHLSTROM,<br><br>               Plaintiff,<br>    v.<br><br>LIFE CARE CENTERS OF AMERICA INC, *et al.*,<br><br>               Defendants. | CASE NO. C21-1465-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      There are four motions currently pending before the Court: (1) the motion of Defendant Mount Vernon Operations LLC ("MVO") to dismiss under Rule 12(b)(6), noted for December 10, 2021, (Dkt. No. 11); (2) Defendant Skagit County's motion to dismiss, noted for December 17, 2021, (Dkt. No. 13); (3) Plaintiff's motion to remand, noted for December 17, 2021, (Dkt. No. 14); and (4) several other Defendants' motion for a more definite statement, noted for December 10, 2021 (Dkt. No. 16). So far, no response or reply briefs have been filed on any of these motions.

      In the interests of efficiency and judicial economy, it is hereby ORDERED that briefing on MVO's motion to dismiss (Dkt. No. 11), Skagit County's motion to dismiss (Dkt. No. 13),

and other Defendants' motion for a more definite statement (Dkt. No. 16) is hereby STAYED pending the Court's decision on Plaintiff's motion to remand to state court (Dkt. No. 14).

The Court will issue new noting dates for the other three defense motions if doing so is appropriate based on the outcome of Plaintiff's motion to remand.

DATED this 30th day of November 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk