THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU AT DAHLSTROM, | CASE NO. C21-1465-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LIFE CARE CENTERS OF AMERICA INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On November 30, 2021, the Court entered a minute order (Dkt. No. 17) staying briefing on three defense motions (Dkt. Nos. 11, 13, and 16) pending the Court's resolution of Plaintiff's motion to remand this matter to state court (Dkt. No. 14.) On December 3, 2021, Defendants Acosta, Murphy, and the Northwest Regional Council filed another motion to dismiss, noted for December 31, 2021. (Dkt. No. 19).

Accordingly it is hereby ORDERED that briefing is stayed on the most recent defense motion to dismiss (Dkt. No. 19) pending resolution of Plaintiff's motion to remand (Dkt. No. 14.) This stay of briefing will apply to any further motions that are filed unless the Court orders otherwise.

MINUTE ORDER
C21-1465-JCC
PAGE - 1

The Court will issue new noting dates for all pending defense motions (Dkt. Nos. 11, 13, 16, 19) if doing so is appropriate based on the outcome of Plaintiff's motion to remand.

DATED this 6th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
