The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM, a natural person,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., ("LCCA"),[1] a Tennessee for-profit corporation, et al., MT. VERNON OPERATIONS, LLC., ("MVO"), d/b/a: *Life Care Center of Mount Vernon*; et al.,<br><br>Defendants. | NO. 2:21-cv-01465-TL<br><br>☒ *Clerk Action Requested*<br><br>PLAINTIFF RAJU A.T. DAHLSTROM'S OBJECTION TO IMPROPER FILING, INITIATION DOCKETING AND SERVICE REGARDING NOTICE OF REMOVAL ON 10/27/2021 (Dkt. 1) & DEFENDANT SKAGIT COUNTY'S RESPONSE TO MOTION TO REMAND ON 12/14/2021 (Dkt. 26) |

(*Pro Se*) PLAINTIFF RAJU A.T. DAHLSTROM'S OBJECTION TO IMPROPER FILING, INITIATION DOCKETING AND SERVICE REGARDING NOTICE OF REMOVAL ON 10/27/2021 (Dkt. 1) &

---

[1] **Defendant Life Care Centers of America, Inc.**, ("LCCA") is in the business of owning, operating, managing, and/or maintaining healthcare facilities, including Life Care Center of Mount Vernon ("LCCMV"), which is a wholly-owned subsidiary of LCCA and operates in Mount Vernon, Skagit County, Washington, United States of America. LCCMV is the alter ego of LCCA, or alternatively, they were engaged in a joint venture or enterprise in the undertaking of the LCCMV nursing facility. Although the caption lists one of the defendants as *Life Care Center of Mount Vernon*, the entity's correct name is *Life Care Centers of America, Inc.*, *Mt. Vernon Operations, LLC.*, d/b/a/ *Life Care Center of Mount Vernon*. See, *Lopez v. Life Care Centers of America, Inc.*, Slip Copy, 2021 WL 1121034, specifically, identifying the true identity of LCCA.

PLAINTIFF RAJU A.T. DAHLSTROM'S OBJECTION TO IMPROPER FILING, INITIATION DOCKETING AND SERVICE REGARDING NOTICE OF REMOVAL ON 10/27/2021 (Dkt. 1) & DEFENDANT SKAGIT COUNTY'S RESPONSE TO MOTION TO REMAND ON 12/14/2021 (Dkt. 26)
Civil Docket: (2:21-cv-01465-TL)

1

RAJU A.T. DAHLSTROM
*Plaintiff Pro Se*
1411 Eaglemont Place
Mount Vernon, Washington 98274-9619
T: 360-899-5555
E-Mail: rajudahlstrom@hotmail.com

DEFENDANT SKAGIT COUNTY'S RESPONSE TO MOTION TO REMAND ON 12/14/2021 (Dkt. 26).

Defendant MVO fails also to specifically identify counsels for the various defendants that actually signed on to the Notice of Removal ("NOR")dated October 27, 2021.

Defendant MVO failed to comply with the electronic filing procedures for defendants made part of the NOR, and promulgated or mandated by Local Rule LCR 5(d) when filing, docketing and service the "Notice of Removal". (**Dkt. 1**).

Further MVO failed to properly identify in their NOR the true and correct joint-venture entities, such as LIFE CARE CENTERS OF AMERICA, INC., ("LCCA") in not only their initial NOR, but also double-downed by ignoring their obligation to properly identify LCCA as an entity affiliated or joint-venture / business entity.

On October 28, 2021, MVO filed "NOTICE Amended Notice of Removal of Civil Action"[2] (**Dkt. 2**), and subsequently added additional "Notice of Appearance" ("NOA") as reflected in the Docket Text (Dkt. 1), with additional information dated November 12, 2021.

This late entry prejudiced Plaintiff's ability to fully anticipate the confusing timelines, now being relied upon by Defendant(s) MVO and SC to defeat his timely filed "Motion to Remand" (Dkt. 14) for which he timely filed on November 28,

---

[2] **Note**: Plaintiff did not receive formal notice of MVO's NOR until on or about November 1, 2021 (i.e., contents of (Dkt 1) through the United States Postal Service (USPS"). Additionally, Plaintiff did not receive MVO's amended NOR until on or about November 4, 2021 (Dkt 2), also through the USPS. Further on or about November 8, 2021, Plaintiff was provided full access to the Court's case filing system. (Dkt. 9). However, despite the considerable delays caused by MVO in providing proper notice and process of documents, Plaintiff was able to timely file his initial Motion to Remand on November 28, 2021. Thus, Plaintiff's MOR clock started on or about November 4, 2021, at the earliest, hence, his initial MOR has been timely filed on Sunday, November 28, 2021 (Dkt. 14).

PLAINTIFF RAJU A.T. DAHLSTROM'S OBJECTION TO IMPROPER FILING, INITIATION DOCKETING AND SERVICE REGARDING NOTICE OF REMOVAL ON 10/27/2021 (Dkt. 1) & DEFENDANT SKAGIT COUNTY'S RESPONSE TO MOTION TO REMAND ON 12/14/2021 (Dkt. 26).
Civil Docket: (2:21-cv-01465-TL)

2

RAJU A.T. DAHLSTROM
*Plaintiff Pro Se*
1411 Eaglemont Place
Mount Vernon, Washington 98274-9619
T: 360-899-5555
E-Mail: rajudahlstrom@hotmail.com

2021. (See Exhibit 1) for a detail accounting of the activities of all parties that were removed by MVO's action.

Also on October 28, 2021, MVO received "Notice of Filing Deficiency" ("NFD") (Dkt. 4).

Specifically, on November 1, 2021, MVO filed its "CORPORATE DISCLOSURE STATEMENT" ("CDS") (**Dkt. 8**) pursuant to Fed.R.Civ.P 7.1, in complete derogation of its obligation to truly identify LCCA as a business entity. *See*, **fn. 1**, for additional information involving the true corporate or affiliate identities. As a result, this Court on November 1, 2021, cause to terminate the CDC of Life Care Centers of America, Inc., and co-defendants.

This violation of Local Rule LCR 5(d) and the electronic filing procedures adopted thereunder has resulted in prejudice to Plaintiff.

Plaintiff Raju A.T. Dahlstrom reserve any remedies, including and up to requesting the Court recognize that he was effectively on notice of MVO's NOR on or about **November 4, 2021**.

Respectfully submitted on Wednesday, December 15, 2021.

*s/Raju A.T. Dahlstrom*
RAJU A.T. DAHLSTROM
1411 Eaglemont Place
Mount Vernon, Washington 98274-9619
Telephone: (360) 899-5555
E-mail: **rajudahlstrom@hotmail.com**

*Plaintiff Pro Se*

PLAINTIFF RAJU A.T. DAHLSTROM'S OBJECTION TO IMPROPER FILING, INITIATION DOCKETING AND SERVICE REGARDING NOTICE OF REMOVAL ON 10/27/2021 (Dkt. 1) & DEFENDANT SKAGIT COUNTY'S RESPONSE TO MOTION TO REMAND ON 12/14/2021 (Dkt. 26)
Civil Docket: (2:21-cv-01465-TL)

3

RAJU A.T. DAHLSTROM
*Plaintiff Pro Se*
1411 Eaglemont Place
Mount Vernon, Washington 98274-9619
T: 360-899-5555
E-Mail: rajudahlstrom@hotmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| RAVI SUBRAMANIAN, Clerk of Court<br>United States District Court<br>Western District of Washington<br>Office of the Clerk, at Seattle<br>700 Stewart Street<br>Seattle, Washington 98101 | ☒ Electronic Service \| CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| RAJU A.T. DAHLSTROM, Plaintiff Pro Se<br>1411 Eaglemont Place<br>Mount Vernon, Washington 98274-9619<br>E-mail: rajudahlstrom@hotmail.com<br>Telephone: (360) 899-5555 | ☐ Electronic Service \| CM/ECF<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| SCOTT A. MARLOW, Assistant Attorney General<br>WSBA # 25987 \| Admit Date: 07/16/1996<br>Washington State Attorney General's Office<br>Torts Division<br>800 5th Avenue Street, Suite 2000<br>Seattle, Washington 98104-3188<br>E-mail: Scott.Marlow@atg.wa.gov<br>Telephone: (206) 389-2047 \| Facsimile: (206) 587-5088<br>*Attorney for Defendants DSHS, et al.* | ☐ Electronic Service \| CM/ECF<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| ROBERT W. FERGUSON,<br>Attorney General of Washington<br>WSBA # 26004 \| Admit Date: 08/29/1996<br>Office of the Attorney General<br>1125 Washington street Southeast<br>Olympia, Washington 98504-0100<br>E-mail: judyg@atg.wa.gov<br>Telephone: (360) 664-9083 \| Facsimile: (360) 664-0228<br>*Attorney for Defendants DSHS, et al.* | ☐ Electronic Service \| CM/ECF<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| ADAM S. BELZBERG, Attorney at Law<br>WSBA # 41022 \| Admit Date: 12/10/2008<br>Stoel Rives, LLP.,<br>600 University Street, Suite 3600<br>Seattle, Washington 98101-4109<br>E-mail: adam.belzberg@stoel.com<br>Telephone: (206) 386-7516 \| Facsimile: (206) 386-7500 | ☐ Electronic Service \| CM/ECF<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

PLAINTIFF RAJU A.T. DAHLSTROM'S OBJECTION TO IMPROPER FILING, INITIATION DOCKETING AND SERVICE REGARDING NOTICE OF REMOVAL ON 10/27/2021 (Dkt. 1) & DEFENDANT SKAGIT COUNTY'S RESPONSE TO MOTION TO REMAND ON 12/14/2021 (Dkt. 26)
Civil Docket: (2:21-cv-01465-TL)

4

RAJU A.T. DAHLSTROM
*Plaintiff Pro Se*
1411 Eaglemont Place
Mount Vernon, Washington 98274-9619
T: 360-899-5555
E-Mail: rajudahlstrom@hotmail.com

| # | | |
|---|---|---|
| 1 | *Attorney for Mt. Vernon Operations, LLC.* | |
| 2-6 | MARK OLIVER MORGAN, Attorney at law<br>WSBA # 52006 \| Admit Date: 04/26/2017<br>Stoel Rives, LLP.,<br>600 University Street, Suite 3600<br>Seattle, Washington 98101-4109<br>E-mail: mark.morgan@stoel.com<br>Telephone: (206) 386-7554 \| (206) 386-7500<br>*Attorney for Mt. Vernon Operations, LLC.* | ☐ Electronic Service \| CM/ECF<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| 7-13 | NICHOLAS CHRISTOPHER LARSON, Attorney at law<br>WSBA # 46034 \| Admit Date: 05/23/2013<br>MPBF<br>1455 Northwest Leary Way, Suite 400<br>Seattle, Washington 98107-5138<br>E-mail: nlarson@mpbf.com<br>Telephone: (206) 489-5113<br>**Attorney for Defendant Northwest Regional Council, et al.** | ☐ Electronic Service \| CM/ECF<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| 14-19 | LEXIE M. TOMP, Attorney at law<br>WSBA #        \| Admit Date:<br>MPBF<br>1455 Northwest Leary Way, Suite 400<br>Seattle, Washington 98107-5138<br>E-mail: atomp@mpbf.com<br>Telephone: (206) 489-5113<br>**Attorney for Defendant Northwest Regional Council, et al.** | ☐ Electronic Service \| CM/ECF<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| 20-25 | EMILY GUILDNER, Attorney at law<br>WSBA # 46515 \| Admit Date 10/16/2013<br>Weed, Graafstra and Associates, Inc., P.S.<br>110 Cedar Avenue # 102<br>Snohomish, Washington 98290-2959<br>E-mail: emilyg@snohomishlaw.com<br>Telephone: (360) 568-3119 \| Facsimile: (360) 568-4437<br>**Attorney for Defendant Sunrise Care Services, Inc. & Sunrise Services, Inc.** | ☐ Electronic Service \| CM/ECF<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| 26-30 | **ERIK PEDERSEN**<br>WSBA # 20015 \| Admit Date: 11/13/1990<br>**Skagit County Prosecutor**<br>**Prosecuting Attorney of Skagit County**<br>**605 S 3rd Street**<br>**Mount Vernon, Washington 98273-3867**<br>E-mail: erikp@co.skagit.wa.us<br>Telephone: (360) 416-1600 EXT 1616 | ☐ Electronic Service<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

PLAINTIFF RAJU A.T. DAHLSTROM'S OBJECTION TO IMPROPER FILING, INITIATION DOCKETING AND SERVICE REGARDING NOTICE OF REMOVAL ON 10/27/2021 (Dkt. 1) & DEFENDANT SKAGIT COUNTY'S RESPONSE TO MOTION TO REMAND ON 12/14/2021 (Dkt. 26)
Civil Docket: (2:21-cv-01465-TL)

5

RAJU A.T. DAHLSTROM
*Plaintiff Pro Se*
1411 Eaglemont Place
Mount Vernon, Washington 98274-9619
T: 360-899-5555
E-Mail: rajudahlstrom@hotmail.com

| | |
|---|---|
| Facsimile: (360) 416-1648<br>*Attorney for Defendant Skagit County* | |
| RICHARD ALAN WEYRICH<br>WSBA # 7199 \| Admit Date: 11/06/1976<br>Skagit County Prosecutor<br>Prosecuting Attorney of Skagit County<br>605 S 3rd Street<br>Mount Vernon, Washington 98273-3867<br>E-mail: richardw@co.skagit.wa.us<br>Telephone: (360) 416-1600 EXT 1616<br>Facsimile: (360) 416-1648<br>*Attorney for Defendant Skagit County* | ☐ Electronic Service<br>☒ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| Richard Jonathan McAfee, Attorney-at-law,<br>Corporate Attorney<br>(Defendant) Life Care Centers of America, Inc.,<br>3001 Keith Street Northwest<br>Cleveland, Tennessee 37312-3786<br>Note: Richard Jonathan McAfee is registered as an attorney with the Board of Professional Responsibility (BPR) (BPR No. 007058) of the Supreme Court of Tennessee. | ☐ Electronic Service<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by U.S. 1st Class Mail/Priority<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

I certify under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED: Wednesday, December 15, 2021, at Mount Vernon, Skagit County, Washington.

*PLAINTIFF PRO SE*

*s/Raju A.T. Dahlstrom*
RAJU A.T. DAHLSTROM
1411 Eaglemont Place
Mount Vernon, Washington 98274-9619
Telephone: 360-899-5555
Electronic Mail: rajudahlstrom@hotmail.com

PLAINTIFF RAJU A.T. DAHLSTROM'S OBJECTION TO IMPROPER FILING, INITIATION DOCKETING AND SERVICE REGARDING NOTICE OF REMOVAL ON 10/27/2021 (Dkt. 1) & DEFENDANT SKAGIT COUNTY'S RESPONSE TO MOTION TO REMAND ON 12/14/2021 (Dkt. 26)
Civil Docket: (2:21-cv-01465-TL)

6

RAJU A.T. DAHLSTROM
*Plaintiff Pro Se*
1411 Eaglemont Place
Mount Vernon, Washington 98274-9619
T: 360-899-5555
E-Mail: rajudahlstrom@hotmail.com

# EXHIBIT 1

JURYDEMAND

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:21-cv-01465-TL

Dahlstrom v. Life Care Centers of America Inc et al  
Assigned to: Judge Tana Lin  
Case in other court: Skagit County Superior Court, 21-00002-00465-29  
Cause: 28:1441 Petition for Removal - Employment Discrim

Date Filed: 10/27/2021  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

### Plaintiff

**Raju AT Dahlstrom**      represented by **Raju AT Dahlstrom**  
E-Filing/Service  
1411 EAGLEMONT PLACE  
MOUNT VERNON, WA 98274-9619  
360-899-5555  
Email: rajudahlstrom@hotmail.com  
PRO SE

V.

### Defendant

**Life Care Centers of America Inc**  
*a Tennessee for-profit corporation*  
also known as  
LCCA

### Defendant

**Mt Vernon Operations LLC**      represented by **Mark O Morgan**  
*a foreign limited liability company*  
doing business as  
Life Care Center of Mount Vernon  
also known as  
MVO  
also known as  
LCCMV

STOEL RIVES (WA)  
600 UNIVERSITY ST STE 3600  
SEATTLE, WA 98101-3197  
206-386-7554  
Fax: 206-386-7500  
Email: mark.morgan@stoel.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Adam S. Belzberg**  
STOEL RIVES (WA)  
600 UNIVERSITY ST STE 3600  
SEATTLE, WA 98101-3197  
206-386-7516  
Fax: 206-386-7500  
Email: adam.belzberg@stoel.com  
*ATTORNEY TO BE NOTICED*

### Defendant

**Todd Weldon Fletcher**

**Defendant**

Kelley Falcon

**Defendant**

Nancy E Butner

**Defendant**

Tara Lyn Travers

**Defendant**

Jennifer Kay Scott

**Defendant**

Glenda E Mendoza Mendez

**Defendant**

**Thomas & Company**
*a Tennessee for-profit corporation*
*also known as*
Thomas and Thorngren Inc

**Defendant**

Makayla Peery

**Defendant**

**Washington State Department of Social and Health Services**
*a governmental instrumentality of the State of Washington*
*also known as*
DSHS

represented by **Scott Alan Marlow**
ATTORNEY GENERAL'S OFFICE (SEA-FIFTH AVE)
800 5TH AVE
STE 2000
SEATTLE, WA 98104-3188
206-389-2047
Email: scott.marlow@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald L Clintsman**
*Acting Secretary, Washington State Department of Social and Health Services*

represented by **Scott Alan Marlow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cheryl Strange**
*Former-Immediate Secretary, Washington State Department of Social and Health Services*

represented by **Scott Alan Marlow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aging and Long-Term Support Administration**

represented by **Scott Alan Marlow**
(See above for address)

| | |
|---|---|
| *a division within the Washington State Department of Social and Health Services*<br>*also known as*<br>ALTSA | ATTORNEY TO BE NOTICED |
| **Defendant** | |
| **William Moss**<br>*Assistant Secretary, Aging and Long-Term Support Administration and Former Acting Secretary of Department of Social and Health Services*<br>*also known as*<br>Bill Moss | represented by **Scott Alan Marlow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Adult Protective Services**<br>*an agency within Aging and Long-Term Support Administration*<br>*also known as*<br>APS | represented by **Scott Alan Marlow**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Amy Finch**<br>*Program Manager, Adult Protective Services* | represented by **Scott Alan Marlow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **James Riccardi**<br>*Social Services Specialist 4, Adult Protective Services*<br>*also known as*<br>Jim Riccardi | represented by **Scott Alan Marlow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Division of Residential Care Services**<br>*within Aging and Long-Term Support Administration*<br>*also known as*<br>RCS | represented by **Scott Alan Marlow**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Michelle R Reynolds**<br>*Field Manager, Residential Care Services* | represented by **Scott Alan Marlow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Cynthia M Southerly**<br>*Survey Team Member at HCA* | represented by **Scott Alan Marlow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Developmental Disabilities Administration**
*within Washington State Department of Social and Health Services*
also known as
DDA

represented by **Scott Alan Marlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Roberts**
*Assistant Secretary, Developmental Disabilities Administration*

represented by **Scott Alan Marlow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tia Yvette Mathews**
*Case Resource Manager, Developmental Disabilities Administration*

represented by **Scott Alan Marlow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northwest Regional Council**
*a Northwest Washington area agency on aging*
also known as
NWRC

represented by **Jacob M Downs**
CORR DOWNS PLLC
100 W HARRISON ST STE N440
SEATTLE, WA 98119
206-962-5041
Email: jdowns@corrdowns.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas C Larson**
MURPHY, PEARSON, BRADLEY & FEENEY
1455 NW LEARY WAY, SUITE 400
SEATTLE, WA 98107
206-489-5113
Email: nlarson@mpbf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Board of Governors**
*a municipality organized pursuant to the laws of the State of Washington*
also known as
BOG

**Defendant**

**Daniel Murphy**
*Executive Director, Northwest Regional Council*
also known as
Dan Murphy

represented by **Nicholas C Larson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Anthony Acosta**
*Health Homes Program Manager,
Northwest Regional Council*

represented by **Nicholas C Larson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sunrise Care Services Inc**
*a Washington profit corporation*
also known as
SCS

**Defendant**

**Sue Ann Closser**
*President, Sunrise Care Services Inc*

**Defendant**

**Janelle Marie Saville**
*Manager of Health Homes Program,
Sunrise Care Services Inc*

**Defendant**

**Margaret Pattok**
*Supervisor of Home Health Program,
Sunrise Care Services Inc*
also known as
Peggy Pattok

**Defendant**

**Sharon Anderson**
*Health Homes Care Coordinator, Sunrise
Care Services Inc*

**Defendant**

**Skagit County**
*a governmental subdivision of the State of
Washington*
also known as
SC

represented by **Erik Pedersen**
SKAGIT COUNTY PROSECUTOR'S
OFFICE
605 S 3RD ST
COURTHOUSE ANNEX
MT VERNON, WA 98273
360-416-1600
Email: erikp@co.skagit.wa.us
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**Whatcom County**
*a governmental subdivision of the State of
Washington*
also known as
WC

represented by **George C Roche**
WHATCOM COUNTY PROSECUTING
ATTORNEY'S OFFICE
COUNTY COURTHOUSE
311 GRAND AVENUE
BELLINGHAM, WA 98225
360-778-5710

Email: groche@co.whatcom.wa.us
*ATTORNEY TO BE NOTICED*

## Defendant

### Does 1-20
*employees of defendants LCCA, DSHS, NWRC, SCS, SC, and WC*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2021 | 1 | NOTICE OF REMOVAL from Skagit County Superior Court, case number 21-2-00465-29; (Receipt # AWAWDC-7310083), filed by Mt. Vernon Operations LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Complaint)(Morgan, Mark) (Additional attachment(s) added on 11/12/2021: # 3 NOA for Washington State Dept of Social and Health Services) (SR). (Additional attachment(s) added on 11/12/2021: # 4 NOA for Skagit County) (SR). (Additional attachment(s) added on 11/12/2021: # 5 NOA for Northwest Regional Council) (SR). (Additional attachment(s) added on 11/12/2021: # 6 NOA for Mt. Vernon Operations LLC Mark O. Morgan) (SR). (Additional attachment(s) added on 11/12/2021: # 7 NOA for Mt. Vernon Operations, LCC Adam S. Belzberg) (SR). (Additional attachment(s) added on 11/12/2021: # 8 Northwest Regional Council, Daniel Murphy and Peter A. Acosta) (SR). (Entered: 10/27/2021) |
| 10/28/2021 | 2 | NOTICE *Amended Notice of Removal of Civil Action* re 1 Notice of Removal ; filed by Defendant Mt. Vernon Operations LLC. (Morgan, Mark) (Entered: 10/28/2021) |
| 10/28/2021 |   | U.S. District Judge John C. Coughenour added. (ST) (Entered: 10/28/2021) |
| 10/28/2021 |   | NOTICE Pursuant to Fed.R.Civ.P 7.1, Defendant(s) ~~Life Care Centers of America, Inc.,~~ Mt. Vernon Operations LLC, Northwest Regional Council (if applicable) ~~Thomas & Company and Sunrise Care Services, Inc.,~~ must file a Corporate Disclosure Statement by 11/4/2021. (ST) Modified on 11/1/2021 to strike parties who have not appeared and add defendant Northwest Regional Council (KB). (Entered: 10/28/2021) |
| 10/28/2021 | 3 | LETTER from Clerk to re receipt of case from Skagit County Superior Court and advising of WAWD case number and judge assignment. (cc: plaintiff via USPS) **JURY DEMAND - NOT submitted properly or NOT on file (Please refer to LCR 101(b)(3) to file a proper jury demand)** (ST) (Entered: 10/28/2021) |
| 10/28/2021 | 4 | **Notice of Filing Deficiency** re 1 Notice of Removal. ***Action Required*** Improper Signature - Secondary Attorney(s). See attached letter for more information and instructions. (ST) (Entered: 10/28/2021) |
| 10/28/2021 | 5 | NOTICE of Appearance by attorney Adam S. Belzberg on behalf of Defendant Mt. Vernon Operations LLC. (Belzberg, Adam) (Entered: 10/28/2021) |
| 10/29/2021 | 6 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by U.S. District Judge John C. Coughenour. (Cc to plaintiff via US Mail)(GT) (Entered: 10/29/2021) |
| 10/29/2021 | 7 | MINUTE ENTRY SETTING INITIAL CASE MANAGEMENT DATES<br><br>All counsel and any pro se parties are directed to meet and confer and to provide the Court with a combined Joint Status Report (the Report) by the deadline set below. This meet-and-confer must be a face-to-face meeting or a telephonic conference. If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs; no separate reports are to be filed. The Report must contain the following information: 1. An estimate of the number of days needed for trial; 2. The date by which the case will be |

| | | |
|---|---|---|
| | | ready for trial; and 3. Whether the parties intend to mediate per LCR 39.1 and, if so, when the parties expect to complete mediation.<br><br>The deadlines below may be extended only by court order. Any request for extension of these deadlines should be made by email to Courtroom Deputy Clerk Gabriel Traber at gabriel_traber@wawd.uscourts.gov. The parties who have appeared in this matter must meet and confer before contacting the Court to request an extension. If this case involves claims that are exempt from the requirements of FRCP 26(a) and 26(f), please notify the Courtroom Deputy Clerk. Please note: Initial Disclosures are not to be filed.<br><br>FRCP 26(f) Conference Deadline is 1/28/2022, Initial Disclosure Deadline is 2/4/2022, Joint Status Report due by 2/11/2022. Cc to plaintiff via US Mail. (GT) (Entered: 10/29/2021) |
| 11/01/2021 | | ***Deadlines/Hearings terminated. Terminated Corporate Disclosure Statement deadlines for defendants who have not yet appeared: Life Care Centers of America Inc, Sunrise Care Services Inc, and Thomas & Company.(KB) (Entered: 11/01/2021) |
| 11/01/2021 | | NOTICE of Docket Text Modification re Corporate Disclosure Statement - Notice of Deadlines: Modified on 11/1/2021 to strike parties who have not appeared (defendants Life Care Centers of America Inc, Thomas & Company, and Sunrise Care Services Inc) and to add the name of Northwest Regional Council. If applicable, defendant Northwest Regional Council must file a corporate disclosure statement by 11/01/2021. (KB) (Entered: 11/01/2021) |
| 11/01/2021 | 8 | CORPORATE DISCLOSURE STATEMENT indicating no Corporate Parents and/or Affiliates. Filed pursuant to Fed.R.Civ.P 7.1. Filed by Mt Vernon Operations LLC (Morgan, Mark) (Entered: 11/01/2021) |
| 11/08/2021 | 9 | NOTICE: Plaintiff Raju AT Dahlstrom has registered to electronically file and receive electronic service in this case. (STP) (Entered: 11/08/2021) |
| 11/10/2021 | 10 | VERIFICATION OF STATE COURT RECORDS by Defendant Mt Vernon Operations LLC (Attachments: # 1 Exhibit A)(Morgan, Mark) (Entered: 11/10/2021) |
| 11/17/2021 | 11 | MOTION to Dismiss *Plaintiff's Complaint Pursuant to FRCP Rule 12(B)(6)*, filed by Defendant Mt Vernon Operations LLC. (Attachments: # 1 Proposed Order) Noting Date 12/10/2021, (Belzberg, Adam) (Entered: 11/17/2021) |
| 11/23/2021 | 12 | NOTICE of Appearance (Dahlstrom, Raju) (Entered: 11/23/2021) |
| 11/24/2021 | 13 | MOTION to Dismiss *Claims Against Defendant Skagit County*, filed by Defendant Skagit County. (Attachments: # 1 Proposed Order) Noting Date 12/17/2021, (Pedersen, Erik) (Entered: 11/24/2021) |
| 11/28/2021 | 14 | MOTION Remand , filed by Plaintiff Raju AT Dahlstrom. Oral Argument Requested. (Attachments: # 1 Exhibit) Noting Date 12/17/2021, (Dahlstrom, Raju) (Entered: 11/28/2021) |
| 11/28/2021 | 15 | JURY DEMAND ~~MOTION~~ , filed by Plaintiff Raju AT Dahlstrom. (Dahlstrom, Raju) Modified on 11/29/2021 to edit document title (SR). (Entered: 11/28/2021) |
| 11/29/2021 | | ***Motion terminated: 15 MOTION filed by Raju AT Dahlstrom has been terminated. Document as filed is a Demand for Jury Trial and the event type has been changed. (SR) (Entered: 11/29/2021) |
| 11/29/2021 | 16 | MOTION for More Definite Statement , filed by Defendants Adult Protective Services, Aging and Long-Term Support Administration, Donald L Clintsman, Developmental Disabilities Administration, Division of Residential Care Services, Amy Finch, Tia Yvette |

| | | |
|---|---|---|
| | | Mathews, William Moss, Michelle R Reynolds, James Riccardi, Deborah Roberts, Cynthia M Southerly, Cheryl Strange, Washington State Department of Social and Health Services. (Attachments: # 1 Proposed Order) Noting Date 12/10/2021, (Marlow, Scott) (Entered: 11/29/2021) |
| 11/30/2021 | 17 | MINUTE ORDER: It is hereby ORDERED that briefing on MVO's motion to dismiss (Dkt. No. 11 ), Skagit County's motion to dismiss (Dkt. No. 13 ), and other Defendants' motion for a more definite statement (Dkt. No. 16 ) is hereby STAYED pending the Court's decision on Plaintiff's motion to remand to state court (Dkt. No. 14 ). The Court will issue new noting dates for the other three defense motions if doing so is appropriate based on the outcome of Plaintiff's motion to remand. Authorized by U.S. District Judge John C. Coughenour. (SR) (Entered: 11/30/2021) |
| 11/30/2021 | | NOTE: Document 16 was filed incorrectly/improperly. Appearance of attorney Scott A. Marlow on behalf of Adult Protective Services, Aging and Long-Term Support Administration, Developmental Disabilities Administration, and Division of Residential Care Services is not proper, and notices of electronic filing will not be sent until corrected. Signatures must be in accordance with FRCP 11 and LCR 83.2(a) and must comply with ECF Filing Procedures. (SR) (Entered: 11/30/2021) |
| 11/30/2021 | 18 | NOTICE of Appearance by attorney Scott Alan Marlow on behalf of Defendants Adult Protective Services, Aging and Long-Term Support Administration, Donald L Clintsman, Developmental Disabilities Administration, Division of Residential Care Services, Amy Finch, Tia Yvette Mathews, William Moss, Michelle R Reynolds, James Riccardi, Deborah Roberts, Cynthia M Southerly, Cheryl Strange, Washington State Department of Social and Health Services. (Marlow, Scott) (Entered: 11/30/2021) |
| 12/03/2021 | 19 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Defendants Peter Anthony Acosta, Daniel Murphy, Northwest Regional Council. (Attachments: # 1 Proposed Order) Noting Date 12/31/2021, (Larson, Nicholas) (Entered: 12/03/2021) |
| 12/03/2021 | 20 | DECLARATION of Nicholas C. Larson filed by Defendants Peter Anthony Acosta, Daniel Murphy, Northwest Regional Council re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Larson, Nicholas) (Entered: 12/03/2021) |
| 12/03/2021 | 21 | REQUEST by Defendants Peter Anthony Acosta, Daniel Murphy, Northwest Regional Council for Judicial Notice re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 20 Declaration (Attachments: # 1 Exhibit Ex A)(Larson, Nicholas) (Entered: 12/03/2021) |
| 12/06/2021 | 22 | MINUTE ORDER re Defendants' 19 Motion to Dismiss for Failure to State a Claim. The Court orders that the briefing is stayed on the most recent defense motion to dismiss (Dkt. No. 19 ) pending resolution of Plaintiff's motion to remand (Dkt. No. 14 .) This stay of briefing will apply to any further motions that are filed unless the Court orders otherwise. The Court will issue new noting dates for all pending defense motions (Dkt. Nos. 11 , 13 , 16 , 19 ) if doing so is appropriate based on the outcome of Plaintiff's motion to remand. Authorized by U.S. District Judge John C. Coughenour. (SR) (Entered: 12/06/2021) |
| 12/06/2021 | 23 | NOTICE of Appearance by attorney George C Roche on behalf of Defendant Whatcom County. (Roche, George) (Entered: 12/06/2021) |
| 12/13/2021 | | Case Reassigned to Judge Tana Lin. U.S. District Judge John C. Coughenour no longer assigned to the case. (GT) (Entered: 12/13/2021) |
| 12/13/2021 | 24 | RESPONSE, by Defendant Mt Vernon Operations LLC, to 14 MOTION Remand . (Attachments: # 1 Proposed Order Denying Plaintiff's Motion to Remand)(Belzberg, Adam) (Entered: 12/13/2021) |

| 12/14/2021 | 25 | NOTICE *of Joinder to Response by Def Mt Vernon Operations LLC Opposition to Pltf Motion to Remand* re 14 MOTION Remand , 24 Response to Motion ; filed by Defendants Peter Anthony Acosta, Daniel Murphy, Northwest Regional Council. (Larson, Nicholas) (Entered: 12/14/2021) |
|---|---|---|
| 12/14/2021 | 26 | RESPONSE, by Defendant Skagit County, to 14 MOTION Remand . (Attachments: # 1 Proposed Order)(Pedersen, Erik) (Entered: 12/14/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2021 22:59:12 | | | |
| PACER Login: | accelerated | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:21-cv-01465-TL |
| Billable Pages: | 7 | Cost: | 0.70 |