UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM, a natural person,<br><br>                    Plaintiff,<br><br>        v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., a Tennessee for-profit corporation, et al.,<br><br>                    Defendant. | CASE NO. 2:21-cv-01465-TL<br><br>ORDER OF REFERENCE |

This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the case number 2:21-cv-01465-TL-SKV. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the Court hereby refers to Magistrate Judge S. Kate Vaughan all non-dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). *See* 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash.

ORDER OF REFERENCE - 1

MJR 3(a). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge S. Kate Vaughan's rulings concerning any non-dispositive motions. *See* Fed. R. Civ. P. 72(a); Local Rules W.D. Wash. MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the Court also hereby refers to Magistrate Judge S. Kate Vaughan for preparation of a report and recommendation all motions for (1) injunctive relief, (2) judgment on the pleadings, (3) summary judgment, (4) dismissal or to permit maintenance of a class action, (5) dismissal for failure to state a claim upon which relief can be granted, (6) involuntarily dismissal of an action, and (7) the pending motion to remand. *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(4)(a). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this Court after Magistrate Judge S. Kate Vaughan files a report and recommendation. *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

Accordingly, the Court ORDERS that the above-entitled action is referred to Magistrate Judge S. Kate Vaughan for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge S. Kate Vaughan to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

Dated this 26th day of January, 2022.

Tana Lin
United States District Judge

ORDER OF REFERENCE - 2