UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>    Plaintiff,<br><br> v.<br><br>LIFECARE CENTERS OF AMERICA, INC., et al.,<br><br>    Defendants. | Case No. C21-1465-TL-SKV<br><br>ORDER DENYING MOTION TO REMAND |

Upon review of the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and having received no objections or responses, the Court finds and ORDERS:

 (1) The Court ADOPTS the Report and Recommendation.

 (2) Plaintiff's Motion to Remand (Dkt. No. 14) is DENIED. Defendant Mt. Vernon Operations, LLC is directed to promptly file the attachments to Plaintiff's complaint.

 (3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this <u>25th</u> day of February 2022.

                        Tana Lin
                        United States District Judge

ORDER DENYING MOTION TO REMAND - 1