1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>       Plaintiff,<br><br>   v.<br><br>LIFE CARE CENTERS OF AMERICA, INC. et al.,<br><br>       Defendants. | CASE NO. 2:21-cv-01465-JHC<br><br>ORDER |

This matter comes before the Court on the "Motion to Dismiss Claims Against Defendant Skagit County FRCP 12(c)." Dkt. # 13. The Court has reviewed the materials filed in support of and in opposition to the motion. The motion correctly argues that the complaint fails to state a claim against Skagit County. The Court GRANTS the motion in part and DISMISSES all claims against Skagit County without prejudice. The Court GRANTS Plaintiff leave until Friday, August 5, 2022, to amend his complaint. Plaintiff may amend only the causes of action he asserted against Skagit County in his original complaint. He may not add new claims.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of July, 2022.

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2