UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM, | CASE NO. 2:21-cv-01465-JHC |
| Plaintiff, | ORDER |
| v. | |
| LIFE CARE CENTERS OF AMERICA, INC. ET AL., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's "Motion to Take Judicial Notice on an Expedited Basis to Aide the Court Regarding Dkt. ## 139 and 140." Dkt. # 141. The Court has since resolved the issues relating to those docket entries. Dkt. # 142. Accordingly, the Court STRIKES the motion as moot.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of November, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1