UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>           Plaintiff,<br><br>     v.<br><br>LIFE CARE CENTERS OF AMERICA, INC. ET AL.,<br><br>           Defendants. | CASE NO. 2:21-cv-01465-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's "Amended Motion for Judicial Notice of All Previously Filed Motion for Judicial Notice Identified At (Dkt. ##) and as Relevant to Plaintiff's Responses to (Dkt. ## 11, 16, 87)." The motion appears to be a response to the pending motions Dkt ## 11, 16, and 87, it is untimely, as the response deadlines have long since passed. Accordingly, the Court DENIES the motion.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

/

/

/

ORDER - 1

Dated this 16th day of November, 2022.

John H. Chun
United States District Judge

ORDER - 2