UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM, | CASE NO. 2:21-cv-01465-JHC |
| Plaintiff, | ORDER |
| v. | |
| LIFE CARE CENTERS OF AMERICA, INC. ET AL., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's "Motion to extend time for filing amended complaint." Dkt. # 156. The Court GRANTS the motion. Plaintiff's new deadline for filing his second amended complaint is October 25, 2023.

Dated this 17th day of August, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1