UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM, | CASE NO. 2:21-cv-01465-JHC |
| Plaintiff, | ORDER |
| v. | |
| LIFE CARE CENTERS OF AMERICA, INC. ET AL., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Second Motion to Extend Time for Filing Second Amended Complaint. Dkt. # 159. There is no opposition to the motion. The Court GRANTS the motion. Plaintiff's new deadline for filing his second amended complaint is November 4, 2023.

Dated this 19th day of October, 2023.

John H. Chun
United States District Judge

ORDER - 1