UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE CARE CENTERS OF AMERICA, INC. ET AL.,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-01465<br><br>ORDER |

　　　This matter comes before the Court in connection with Plaintiff's November 1, 2023, email requesting an extension to file his Second Amended Complaint (SAC). The Court had the SAC to be filed by November 4, 2023. Dkt. # 162. Plaintiff says he requests an extension for medical reasons and has not been provided a discharge date. The Court proposes a new deadline of December 4, 2023, for Plaintiff to file his SAC. The Court directs Defendants to file any objections to this proposal by 5:00 p.m., Friday, November 3, 2023.

　　　Dated this 1st day of November, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1