UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC. ET AL.,<br><br>Defendants. | CASE NO. 2:21-cv-01465-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's request for an extension to file his Second Amended Complaint (SAC). *See* Dkt. # 163. The request is unopposed. *See, e.g.*, Dkt. # 164. Plaintiff's new deadline for filing his SAC is December 4, 2023.

Dated this 3rd day of November, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1