# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., et al.,<br><br>　　　　　　　Defendants. | NO. 21-cv-01465-JHC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE |

　　　THIS MATTER comes before the Court on Plaintiff's Motion to Take Judicial Notice. Dkt. # 170. The Court has reviewed the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the applicable law. Being fully advised, for the reasons argued by Defendants, Dkt. ## 172 & 174, the Court DENIES the motion.

　　　DATED THIS 22nd day of December, 2023.

*/s/ John H. Chun*
JOHN H. CHUN
U.S. DISTRICT JUDGE