**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE**

| | |
|---|---|
| RAJU A.T. DAHLSTROM, | NO. 21-cv-01465-JHC |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION [DKT 178] TO SUBSTITUTE PARTIES** |
| LIFE CARE CENTERS OF AMERICA, INC., et al., | |
| Defendants. | |

THIS MATTER, having come duly and regularly for consideration before the undersigned Judge on Plaintiff's Motion [Dkt. 178] to Substitute Parties, and the Court having reviewed the records and files herein, specifically:

1.  Plaintiff's Motion to Substitute Parties (SSI & SCS);

2.  Defendant Sunrise Care Services' Agreement to Plaintiff's Motion;

AND THE COURT, having reviewed all of the materials and deeming itself fully advised, now therefore:

Based upon the findings, it is ORDERED, ADJUDGED, AND DECREED that:

1.  Plaintiff's Motion is GRANTED. Sunrise Services, Inc. is substituted for Sunrise Care Services in all pleadings and filings herein, to include the caption and Sunrise

Defendants' pending Motion to Dismiss, Dkt. 171.

2.  Sunrise Care Services is DISMISSED WITHOUT PREJUDICE as a defendant in this action.

Dated this 8th day of January, 2024.

_____

John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION [DKT 78] TO SUBSTITUTE
PARTIES - 2