UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU AT DAHLSTROM,<br>                Plaintiff,<br><br>   v.<br><br>LIFE CARE CENTERS OF AMERICA,<br>INC. ET AL.,<br>                Defendants. | CASE NO. 2:21-cv-01465-JHC<br><br>ORDER DENYING MOTION TO STRIKE |

THIS MATTER comes before the Court on Plaintiff Dahlstrom's Motion to Strike. Dkt. # 190. The Court, having considered Plaintiff's motion and supporting declaration, DENIES the motion. Plaintiff does not raise any ground upon which to grant his requests.[1] This denial is without prejudice to Plaintiff's amended motion for relief from a deadline, Dkt. # 181, which is currently pending. The Court will consider pertinent portions of the record in ruling on that motion.

Dated this 12th day of January, 2024.

John H. Chun
United States District Judge

---

[1] Also, the motion to strike was not properly noted per LCR 7.

ORDER DENYING MOTION TO STRIKE - 1