UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJU AT DAHLSTROM,<br>  Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC. ET AL.,<br>  Defendant. | CASE NO. 2:21-cv-01465-JHC<br><br>ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE |

This matter comes before the Court upon Plaintiff Raju A.T. Dahlstrom's "(Amended) Motion for Relief from Deadline (LCR 7(j)) or Alternatively to Stay the Matter." Dkt. # 181. Having reviewed the motion and related record, the Court GRANTS the motion as follows.

1. The Court DIRECTS the Clerk to re-note Defendant Life Care Centers of America, Inc.'s ("LCCA") Motion to Dismiss, Dkt. # 173, for February 2, 2024.

2. Plaintiff may file a response to Defendant LCCA's Motion to Dismiss by the Monday preceding the noting date. LCR 7(d).

Dated this 16th day of January, 2024.

John H. Chun
United States District Judge

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE - 1