UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| RAJU A.T. DAHLSTROM,<br><br>                   Plaintiff,<br><br>     v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., et al.,<br><br>                   Defendants. | NO. 2:21-cv-01465-JHC<br><br>**ORDER** |

THIS MATTER comes before the Court on a motion to dismiss by Defendants Sunrise Care Services/Sunrise Services, Sue Ann Closser, Janelle Saville, (Margaret) Peggy Jo Pattock, and Sharon Gay Anderson. Dkt. # 171. Since the filing of the motion, Plaintiff has dismissed his claims against some of these Defendants. Dkt. ## 194, 195, and 196. Also, Plaintiff has not filed an opposition to the motion, and the Court construes this as an admission that the motion has merit. *See* LCR 7(b)(2). Accordingly, the Court GRANTS the motion and DISMISSES any remaining claims against the above-listed Defendants without prejudice.

ORDER - 1
NO. 21-cv-01465-JHC

1    DATED this 2nd day of February, 2024.

2

3    _____
     JOHN H. CHUN
4    UNITED STATES DISTRICT JUDGE